## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| Jan F. Becker, | Civil Case No. 1:07-cv-00031 |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| Warden Hudson, et al., | |
| Respondent. | |

Judgment is hereby entered in accordance with the Order filed on December 28, 2007.

Dated this 2nd day of January, 2008, Hagatna, Guam.

**/s/ Jeanne G. Quinata**
Clerk of Court